ROMAN OTKUPMAN, CSBN 249423
roman@olfla.com
NIDAH FARISHTA, CSBN 312360
nidah@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
5743 Corsa Ave, Suite 123
Westlake Village, CA 91362
Telephone:    818.293.5623
Fax No.:      888.850.1310

Attorneys for Plaintiff
ROXAN GANCINIA


BRADLEY E. SCHWAN, Bar No. 246457
bschwan@littler.com
JANNINE E. KRANZ, Bar No. 272389
jkranz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:    310.553.0308
Fax No.:      310.553.5583

Attorneys for Defendant
T.J. MAXX OF CA, LLC

[Additional Names on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXAN GANCINIA, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>T.J. MAXX OF CA, LLC, a Virginia Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02161-TLN-JDP<br><br>**JOINT MOTION TO STAY CASE PENDING RESOLUTION IN ARBITRATION; ORDER**<br><br>Trial Date: Not Set<br>Complaint Filed:   October 26, 2022 |

JOINT MOTION TO STAY CASE PENDING
RESOLUTION IN ARBITRATION; ORDER

Case No. 2:22-cv-02161-TLN-JDP

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100

1  BRITTANY L. McCARTHY, Bar No. 285947
   blmccarthy@littler.com
2  AMANDA FLEMING, Bar No. 344927
   afleming@littler.com
3  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
4  San Diego, CA  92101.3577
   Telephone:   619.232.0441
5  Fax No.:     619.232.4302

6  Attorneys for Defendant
   T.J. MAXX OF CA, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys at Law
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100

JOINT MOTION TO STAY CASE PENDING
RESOLUTION IN ARBITRATION; ORDER

2

Case No. 2:22-cv-02161-TLN-JDP

Subject to the approval of this Court, Plaintiff ROXAN GANCINIA ("Plaintiff") and Defendant T.J. MAXX OF CA ("Defendant" or "T.J. Maxx") (collectively the "Parties") hereby jointly move and stipulate submit this matter to binding arbitration and stay this action pending resolution in that forum.

**RECITALS**

1. Plaintiff is a former employee of T.J. Maxx.

2. In January 2014, Plaintiff received notice of and entered into a Binding Arbitration Agreement ("Agreement") with T.J. Maxx, in which the parties mutually agreed that any claims arising out of or related to Plaintiff's employment with any affiliates or subsidiaries of T.J. Maxx, would be resolved by an arbitrator through final and binding arbitration, and not by way of a court or jury trial.

3. On October 26, 2022, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of San Joaquin. (ECF No. 1-1.) Defendant timely removed the matter to the United States District Court, Eastern District of California. (ECF No. 1.) Defendant also began the meet and confer process as it relates to the Agreement entered by Plaintiff.

4. After removal, Defendant moved to compel arbitration related to Plaintiff's Agreement, as their responsive pleading while the meet and confer process continued.

5. As a result of the meet and confer process, the Parties have agreed to submit Plaintiff's individual claims in this lawsuit to binding arbitration, and dismissal of the class based claims, pursuant to the Agreement.

6. The parties further agree and stipulate that, pursuant to Federal Arbitration Act ("FAA") § 3 (9 U.S.C. §3), the remaining individual pending legal action should be stayed until the arbitration proceedings are completed.

7. Based on the above, the Parties submit there is good cause to stay the instant action and vacate any and all dates for the purpose of facilitating arbitration of the claims asserted in the Complaint.

8. Therefore, the Parties stipulate and agree, and make this joint motion pursuant to

JOINT MOTION TO STAY CASE PENDING RESOLUTION IN ARBITRATION; ORDER     3     Case No. 2:22-cv-02161-TLN-JDP

LITTLER MENDELSON, P.C.
Attorneys at Law
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100

Local Rule 143 for an order staying this action pending resolution of the matter in arbitration.

## **STIPULATION AND MUTUAL AGREEMENT TO ARBITRATE**

1. Plaintiff agrees to dismiss the class portion of the case and submit his individual claims as set forth in the Complaint to binding arbitration.

2. The Parties jointly move this action shall be stayed pending resolution of the arbitration, and all dates currently on calendar be vacated.

3. The Parties will advise the Court within 5 days of any settlement or resolution of claims by award rendered by the Arbitrator so the Court may dismiss this action.

Dated:  March 28, 2023

*/s/ Roman Otkupman*
Roman Otkupman
OTKUPMAN LAW FIRM
Attorneys for Plaintiff
BUCHANAN IRISH

Dated:  March 28, 2023

*/s/ Brittany L. McCarthy*
Bradley E. Schwan
Jannine E. Kranz
Brittany L. McCarthy
Amanda Fleming
LITTLER MENDELSON, P.C.
Attorneys for Defendant
T.J. MAXX OF CA, LLC

LITTLER MENDELSON, P.C.
Attorneys at Law
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100

JOINT MOTION TO STAY CASE PENDING
RESOLUTION IN ARBITRATION; ORDER

4

Case No. 2:22-cv-02161-TLN-JDP

**SIGNATURE CERTIFICATION**

Pursuant to Rule 131 of the Court's Local Rule, I hereby certify that the content of this document is acceptable to Roman Otkupman, counsel for Plaintiff Roxan Gancinia, and I have obtained authorization to affix his electronic signature to this document.

Dated: March 28, 2023                    /s/ Brittany L. McCarthy
                                         Brittany L. McCarthy

JOINT MOTION TO STAY CASE PENDING RESOLUTION IN ARBITRATION; ORDER

5

Case No. 2:22-cv-02161-TLN-JDP

LITTLER MENDELSON, P.C.
Attorneys at Law
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100

**ORDER**

Pursuant to the Parties' stipulation, the Joint Motion is GRANTED. It is hereby ORDERED:

1. The class claims are hereby dismissed and the individual action is ordered to arbitration.
2. This matter is stayed pending resolution of arbitration.
3. All dates currently set are hereby VACATED.
4. The Parties are to advise the Court within 5 days of any settlement or resolution of claims by award rendered by the Arbitrator so the Court may dismiss this action.

**IT IS SO ORDERED.**

Dated: March 28, 2023

Troy L. Nunley
United States District Judge

JOINT MOTION TO STAY CASE PENDING RESOLUTION IN ARBITRATION; ORDER    6    Case No. 2:22-cv-02161-TLN-JDP

LITTLER MENDELSON, P.C.
Attorneys at Law
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100